AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

FILED - GR
June 30, 2014 2:33 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc /___ SCANNED BY: ___

# UNITED STATES DISTRICT COURT
for the

Plaintiff/Petitioner: LAJUANA C. ISAAC, D.D.S.

Defendant/Respondent: State of Michigan et al.

Civil Action No. 1:14-cv-698

Janet T. Neff
U.S. District Judge

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $8,350.00, and my take-home pay or wages are: $0 per
(specify pay period) The office has not made enough money to sustain itself

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

    (a) Business, profession, or other self-employment     ☒ Yes    ☐ No
    (b) Rent payments, interest, or dividends              ☐ Yes    ☒ No
    (c) Pension, annuity, or life insurance payments       ☐ Yes    ☒ No
    (d) Disability, or worker's compensation payments      ☐ Yes    ☒ No
    (e) Gifts, or inheritances                             ☐ Yes    ☒ No
    (f) Any other sources                                  ☒ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Brother - Herbert L. Isaac, II, MD - $5000.00 to pay on office rent

Mother - Clorinda K. Isaac, RN - I have received large sums of money as needed to pay rent, car repairs, buy house, house repairs, food, gas, clothing, etc, as needed, licenses renewal, continuing ed classes, dental materials & equipment

4. Amount of money that I have in cash or in a checking or savings account: $100.00
$500 in secured savings account

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):

House- 859 Inglewood, Pontiac, MI 48341 (my mother bought it for me) $12,000, IRS lien for $4,000
2006 Acura TL - in my mother's name, needs engine
2nd Hand dental equipment - in my Dad's name $2000

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):

DTE - $140/mo
Office Phone $100/mo
Water/Gas $140/mo
Student Loans - approximately $100,000.00

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Veola Thomas - as needed

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):

Student loans
Taxes - IRS ($75,000 lien), State of MI, City of Detroit
Dental labs $3500.00
Dental Suppliers $10,000.00

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 6-28-14

_LaJuana C Isaac, DDS_
Applicant's signature

LAJUANA C. ISAAC, DDS
Printed name