UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
June 30, 2014 2:33 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc /____   SCANNED BY: ___

LAJUANA C. ISAAC D.D.S.
_____
                    Plaintiff(s)

vs.

State of MI, et al
_____
                    Defendant(s)

Case No.

1:14-cv-698
Janet T. Neff
U.S. District Judge

## AFFIDAVIT OF FINANCIAL STATUS

The undersigned, with knowledge that there are criminal penalties for false statements, makes the following statements regarding marital status, residence, employment and financial status:

I. **MARITAL STATUS:**
   a. Single ___    Married ___    Separated ___    Divorced X
   b. Dependents:   Spouse ___    Children, No. ___    Others, No. ___

II. **RESIDENCE:** *(mother's home)*
   Your address: Street 910 E Long Lk Rd
   City Bloomfield Hills  State MI  Zip Code 48304
   Telephone (248) 644-2880

III. **EMPLOYMENT:**
   Are you now employed?  Yes X  No ___
   If now employed: self employed  Name of Employer Affordable Smiles
   Address of Employer 19207 Schaefer Hwy Suite 2
   Detroit, MI 48235
   Employer's Telephone (313) 342-4711

How long have you been employed by present employer? __2006 or 2007__

Income:     Monthly $ __0__        Weekly $ __0__

What is your job? __Dentist__

Other Income __none__

IV. FINANCIAL STATUS:

1. Owner of real property:    Yes _X_   No ___

   a. Description __House my mother bought for me__

   b. Address __859 Inglewood Pontiac, MI 48341__

   c. In whose name __LaJuana C. Isaac, DDS__

   d. Estimated value __$12,000__

   e. Total amount owed $ __75,000__   To whom __IRS__

   f. Annual income from property __0__

2. Other property

   a. Automobile: Make __Acura__    Year __2006__

   b. In whose name registered __Clorinda K Isaac__

   c. Present value of car $ __0 needs engine__

   d. Amount owed $ __0__

3. Cash on hand: $ _____

   a. Cash in banks and savings and loan associations

   $ __100 ck, $500 in secured sv__

   b. Names and addresses of banks and associations

   __Fifth Third Bank__
   __Telegraph Rd.__
   __Bloomfield Hills, MI__

4. Obligations:

   a. Monthly rental on ~~house or~~ office apartment    $ 950.00

   b. Mortgage payments on house (monthly)    $ _____

   c. Other debts:

   | To whom owed | Amount |
   |---|---|
   | Student loans | $ 100,000.00 |
   | Dental Suppliers | 10,000.00 |
   | Dental Labs | 3,500.00 |
   | IRS | 75,000.00 |
   | State of MI | _____ |

   Total monthly payments on debts:    $ 0

5. Other information pertinent to your financial status:

   (Include stocks, bonds, savings bonds, interests in trusts, either owned or jointly owned, ADC, unemployment, social security, or other. Please specify which.)

   None

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 6-28-14       Signed: _____ DDS
                              Plaintiff-Affiant